# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

128424(22)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID ALAN WRIGHT,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128424
COA: 259880
Oakland CC: 2002-187071-FH

On order of the Court, the motion for reconsideration of this Court's order of May 5, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.

MARKMAN, J., would grant the motion for reconsideration and grant defendant's application for leave to appeal for the reasons set forth in *People v Wright*, 474 Mich 1138 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724